Pro Se 1 2016

FILED ___
LOGED ___
RECEIVED ___
**MAIL**
APR 09 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**21-CV-481 JLR**

Clarence A Johnson JR
_____
_____,
Plaintiff(s),

v.

Dept Energy Directors
Biden Trump OBama
Administration Queen Elizabeth
United Nations
Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joe Biden |
| Street Address | 1600 West |
| City and County | British Columbia |
| State and Zip Code | Wash DC 20019 |
| Telephone Number | 202-406-8000 |

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.    Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name                        Vice President
    Job or Title (if known)     Kamala Harris
    Street Address              1600 penn Ave
    City and County             Wash DC
    State and Zip Code          British Columbia
    Telephone Number            202-406-8000

Defendant No. 2

    Name                        Angelo Byers FBI Agent
    Job or Title (if known)     2012 Ronald Reagan
    Street Address
    City and County             Cinncinatti Ohio
    State and Zip Code          45237
    Telephone Number            513-421-4310

Defendant No. 3

    Name                        Queen Elizabeth
    Job or Title (if known)     United nations
    Street Address              760 United Nations NewyorK 10017-6818
    City and County
    State and Zip Code          10017-6818
    Telephone Number            212-963-4475

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

1  Defendant No. 4

2       Name                      Jon A York U.S Judge
3       Job or Title (if known)   Magistrate Judge
        Street Address            Dept Energy Biden Trump
4       City and County           Obama United nations
5       State and Zip Code
6       Telephone Number          NO: 12-cv-01037 STAjAy

7

8                    II.    BASIS FOR JURISDICTION

9       Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

10  types of cases can be heard in federal court: cases involving a federal question and cases

11  involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

12  the United States Constitution or federal laws or treaties is a federal question case.  Under 28

13  U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14  the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

15  citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16      What is the basis for federal court jurisdiction? (*check all that apply*)

17      ☑ Federal question          ☐ Diversity of citizenship

18      Fill out the paragraphs in this section that apply to this case.

19  A.  If the Basis for Jurisdiction Is a Federal Question

20      List the specific federal statutes, federal treaties, and/or provisions of the United States

21  Constitution that are at issue in this case.

22                          International Jurisdiction
23                          Federal Jurisdiction

24  _____

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) __Chicago Tribune__, is a citizen of the State of (name) __Illinois__.

        b. If the plaintiff is a corporation.

The plaintiff, (name) __Chicago SunTimes__, is incorporated under the laws of the State of (name) __Illinios Suntimes__, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2. The Defendant(s)

        a. If the defendant is an individual. __Agility PR Solutions Ltd London__

The defendant, (name) __Canadian News Papers__, is a citizen of the State of (name) __30 Stamford Street__. Or is a citizen of (foreign nation) __London UK SE19LQ__

        b. If the defendant is a corporation.

The defendant, (name) __Gary Mason__, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) __Globe And Mail__.

Or is incorporated under the laws of (foreign nation) __National Affairs__ and has its principal place of business in (name) __Columnist__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.   The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

International Jurisdiction
federal Steve malmon 312-629-0099
Contact Cochran lawfirm 1-800-843-3476

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Covid 19 CDC K9 face mask FDA
medical crimes DOT crimes
Illinois Restaurant Association

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Contact Cochran lawfirm 1-312-629-0099
Regarding Any Prisoner Property
Seizure's 1-800-843-3476

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2016

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 identified, will likely have evidentiary support after a reasonable opportunity for further
5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 Rule 11.
7        I agree to provide the Clerk's Office with any changes to my address where case-related
8 papers may be served. I understand that my failure to keep a current address on file with the
9 Clerk's Office may result in the dismissal of my case.

10   Date of signing:      Apr 6, 2021
11   Signature of Plaintiff    Cla D Johns Jr
12   Printed Name of Plaintiff    Clarence D Johnson Jr
13
14   Date of signing:    _____
15   Signature of Plaintiff    _____
16   Printed Name of Plaintiff    _____
17
18   Date of signing:    _____
19   Signature of Plaintiff    _____
20   Printed Name of Plaintiff    _____
21
22
23
24

COMPLAINT FOR A CIVIL CASE - 6


