UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARENCE D. JOHNSON, JR., <br><br> Plaintiff, <br> v. <br><br> DEPARTMENT OF ENERGY, et. al., <br><br> Defendants. | CASE NO. C21-0481JLR <br><br> ORDER GRANTING MOTION TO SEAL AND DISMISSING COMPLAINT WITH PREJUDICE |

Before the court is *pro se* Plaintiff Clarence D. Johnson, Jr.'s complaint and motion to seal. (Compl. (Dkt. # 8); MTS (Dkt. # 2).) On April 29, 2021, the court dismissed Mr. Johnson's complaint for failure to state a claim and granted Mr. Johnson 14 days to file an amended complaint. (*See* 4/29/21 Order (Dkt. # 9).) The court informed Mr. Johnson that if he failed to address the deficiencies in his complaint, the court would dismiss his complaint without leave to amend. (*Id.* at 3) Mr. Johnson has not filed an amended complaint. (*See generally* Dkt.) Accordingly, the court

ORDER - 1

DISMISSES Mr. Johnson's complaint (Dkt. # 8) with prejudice and without leave to amend.

Mr. Johnson also moves to seal his complaint and application to proceed *in forma pauperis*. (*See* MTS.) The court interprets Mr. Johnson's motion as being based on the inclusion of personal information with his complaint and application. (*See* Compl., Ex. 1 (Dkt. # 8-1 (sealed)); IFP Application (Dkt. # 1 (sealed)).) The court GRANTS Mr. Johnson's motion to seal (Dkt. # 2) and DIRECTS the Clerk to maintain these documents under seal.

Dated this 17th day of May, 2021.

JAMES L. ROBART
United States District Judge